UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

DAMIAN POPULIN,               ) Case No.:
                              )
        Plaintiff,            )
                              )
    vs.                       )
                              ) COMPLAINT
CREDIT PROTECTION ASSOCIATION,)
LP,                           )
                              )
        Defendant.            )
                              )
                              )

Plaintiff, Damian Populin (hereinafter "Plaintiff"), alleges:

**PRELIMINARY STATEMENT**

1. This is an action for damages arising from Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* (hereinafter "FDCPA").

**JURSIDICTION AND VENUE**

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. §1331.

3. Venue is proper in this district under 28 U.S.C §1391(b)

**PARTIES**

4. Plaintiff Damian Populin is a natural person, who at all relevant times resided in Coatesville, Pennsylvania and is a "consumer" as the phrase is defined and applied under 15 U.S.C. §1692(a) of the FDCPA.

5. Defendant Credit Protection Association, LP ("CPA") is a limited partnership doing business in the State of Pennsylvania, with its principal place of business at 13355 Noel Road, 21st Floor, Dallas, Texas 75240 and is a "debt collector" as the phrase is defined and applied under 15 U.S.C. §1692(a).

## FACTUAL STATEMENT

6. The FDCPA was enacted to prevent debt collectors from engaging in abusive tactics in order to collect debts from generally unsophisticated consumers.

7. One type of conduct in particular which Congress sought to prevent is false and deceptive promises.

8. On a date better known by the Defendant, Plaintiff allegedly incurred a personal debt for a cable bill.

9. On or about December 2017, during a call between Plaintiff and Defendant for the payment of a personal cable bill debt, Defendant told Plaintiff that by paying the debt, it would benefit the consumer's credit.

10. In fact, paying the debt would lower Plaintiff's credit score.

11. Defendant's false statement is deceptive and misleading in violation of the FDCPA.

## COUNT I
## VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT
## 15 U.S.C. §1692 *et seq.*

12. Plaintiff repeats the allegations contained in the above paragraphs and incorporates them as if specifically set forth at length herein.

13. Defendant's false and deceptive representations to Plaintiffs violate the below provisions of the FDCPA.

14. Section 1692e provides:

> **§ 1692e. False or misleading representations**
>
> A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section: . . .
>
> (10) The use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer.

WHEREFORE, Plaintiff respectfully request that this Court do the following:

A. Enter judgment against Defendant for statutory and actual damages, 15 U.S.C. § 1692k(a)(2)(A) and (B);

B. Award costs and reasonable attorneys' fees, pursuant to 15 U.S.C. § 1692k(a)3;

C. Grant such other and further relief as may be just and proper.

## JURY TRIAL DEMAND

15. Plaintiff demands a jury trial on all issues so triable.

Dated this 12th of July, 2018.

Respectfully Submitted,

_____
Nicholas Linker, Esq.
Zemel Law LLC
1373 Broad St. Suite 203C
Clifton, New Jersey 07013
Tel: (862) 227-3106
Email: nl@zemellawllc.com
Attorney for Plaintiff

3