IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DAMIAN POPULIN | CIVIL ACTION |
|---|---|
| v. | NO. 18-2953 |
| CREDIT PROTECTION ASSOCIATION, LP | DATE OF NOTICE: November 27, 2018 |

### ORDER

      **AND NOW, TO WIT:** This 27th day of November, 2018, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

      **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs.

                      **KATE BARKMAN**, Clerk of Court

**BY:**   /s/ Lori K. DiSanti

             Lori K. DiSanti
             Deputy Clerk

O:\CIVIL 18\18-2953 POPULIN V CREDIT PROTECTION ASSOC\18CV2953 41B ORDER 11272018.DOCX